IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRCT OF TENNESSE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL PARKS, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:10-0394 |
| ) | |
| v. ) | Judge Nixon |
| ) | Magistrate Judge Knowles |
| ) | |
| JANUARY ENVIRONMENTAL SERVICES, INC. ) | |
| and JANUARY TRANSPORT, INC. ) | JURY DEMAND |
| ) | |
| Defendants. ) | |

## ORDER OF COMPROMISE AND SETTLEMENT

As evidenced by the signature of their counsel below, all claims between the Plaintiff and the Defendants have hereby been compromised and settled.

It is therefore **ORDERED, ADJUDGED and DECREED** that this matter be dismissed with prejudice as to the Defendants.

It is further **ORDERED, ADJUDGED and DECREED** that each party shall bear their own discretionary costs.

IT IS SO ORDERED.

ENTERED this 14th day of April, 2011.

_____
JUDGE JOHN T. NIXON

1